UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| In re: Daniel F DiStefano | : | Chapter 13 |
|  | : |  |
|  | : | Case No:  12-31523-svk |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

### MEDIATOR'S FINAL REPORT

Name of Debtor's Counsel: <u>Debrah A. Stencel</u>

Name of Lender and Counsel: <u>Chase, Jay Pitner</u>

Property Address:  <u>4951 Minnesota Ave Franklin WI</u>

Last Four Digits of Account Number of Loan: <u>2534</u>

Mediation Session Date (s): <u>May 15, 2013</u>

How long from the Date of Appointment of Mediator to Date of Final Report: <u>117</u> days

*The use of the Court's Mortgage Modification Mediation Program has resulted in the following (please check appropriate box below)*:

[✓] Loan modification agreement has been reached.

    [✓] Lender will file:  <u>Upon permanent modification withdrawal or modification of proof of claim</u>
    [✓] Debtor will file:  <u>Upon permanent modification, a modified plan to reflect new payment amount</u>

[ ] No loan modification agreement has been reached during mediation.

    [ ] Debtor will file an amended plan within 14 days. **Debtor has been advised that failure to file a modified plan will result in a status conference with the Court at which the creditor may be granted relief from stay or the Chapter 13 case may be dismissed**

    [ ] Parties are continuing in direct negotiations outside of MMM.

    [ ] Parties are pursuing a short sale, surrender or deed in lieu of foreclosure.

[ ] Other:

The filing of this ***Mediator's Final Report*** terminates the Mortgage Modification Mediation with respect to the loan identified above.

**Dated:** <u>May 28, 2013</u>

**Signature:** _Delua Tuttle_, **Mediator**

[ PRINT ]